UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LLOYD FISHER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:03CV01569 AGF |
| ) | |
| JAMES GAMMON, ) | |
| ) | |
| Respondent, ) | |

### **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that the Petitioner's motion (Doc. #26) for leave to proceed in forma pauperis on appeal is **DENIED as moot**, as in forma pauperis status has already been granted and no further authorization is needed.

**IT IS FURTHER ORDERED** that Petitioner's motion (Doc. #27) for an extension of time to file a request for a Certificate of Appealability is **DENIED**. The Court does not believe that reasonable jurists might find the Court's assessment of the procedural issues in this case debatable or wrong, for purposes of issuing a Certificate of Appealability under 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 484-85 (2000) (setting forth the standard for issuing a certificate of appealability); Langley v. Norris, 465F.3d 861, 862-63 (8th Cir. 2006) (same).

**IT IS FURTHER ORDERED** that a Certificate of Appealability shall not issue in this case.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of February, 2007.